IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eugene Davis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR MID-DISCOVERY** |
| | ) | **STATUS CONFERENCE** |
| vs. | ) | |
| | ) | |
| Holly Negaard; Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust; Jessica Purdy a/k/a Jessica Shanafelt; and Purdy Investments, LLC d/b/a Western Apartments, | ) ) ) ) ) ) | Case No. 1:23-cv-195 |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 3, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 13th day of December, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court