# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eugene Davis, | ) |
|         Plaintiff, | ) **ORDER** |
| vs. | ) |
| Holly Negaard; Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust; Jessica Purdy a/k/a Jessica Shanafelt; and Purdy Investments, LLC d/b/a Western Apartments, | ) Case No. 1:23-cv-195 |
|         Defendants. | ) |

The parties shall prepare a revised proposed scheduling/discovery plan for the court's consideration. They should use the sample scheduling/discovery plan available at www.ndd.uscourts.gov/forms.

Counsel shall submit the proposed revised scheduling/discovery plan, electronically signed and dated by counsel for all parties, in **WordPerfect or Word format**, by January 15, 2024, to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

Dated this 13th day of December, 2023

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court