# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eugene Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Holly Negaard; Holly Negaard, as Trustee ) | |
| of the Holly Negaard Revocable Living ) | |
| Trust; Jessica Purdy a/k/a Jessica, ) | |
| Shanafelt; and Purdy Investments, LLC ) | Case No. 1:23-cv-195 |
| d/b/a Western Apartments, ) | |
| ) | |
| Defendants. ) | |

On June 12, 2025, Plaintiff filed a "Rule 16 Status Update & Request for Pretrial Conference." (Doc. Nos. 87 and 88). Plaintiff's request a status conference to discuss, among other things, the status of pending motions and the viability of the trial date of September 2, 2025. On June 18, 2025, Defendants Holly Negaard, and Jessica Purdy filed a response advising they join in Plaintiff's request. (Doc. No. 89).

The court **GRANTS** Plaintiff's request (Doc. No. 88). The court shall schedule a status conference for June 30, 2025, at 10:00 AM CDT by telephone. To participate in the conference, the Parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 20th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court