IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eugene Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Holly Negaard; Holly Negaard, as Trustee ) | |
| of the Holly Negaard Revocable Living ) | |
| Trust; Jessica Purdy a/k/a Jessica, ) | |
| Shanafelt; and Purdy Investments, LLC ) | Case No. 1:23-cv-195 |
| d/b/a Western Apartments, ) | |
| ) | |
| Defendants. ) | |

The court held a status conference with the Parties on June 30, 2025, to discuss the status of the pending motions and the viability of the current trial date. Pursuant to its discussions with the Parties, the court shall schedule another status conference for August 11, 2025, at 9:00 AM by telephone. To participate in the conference, the Parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 30th day of June, 2025.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court