# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eugene Davis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR CLOSING DOCUMENTS** |
| | ) | **AND DEEMING MOOT MOTIONS** |
| v. | ) | **FOR HEARING AND SUMMARY** |
| | ) | **JUDGMENT** |
| Holly Negaard; Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust; Jessica Purdy a/ka Jessica Shanafelt; and Purdy Investments, LLC d/b/a Western Apartments, | ) ) ) ) ) ) | Case No.: 1:23-cv-00195 |
| | ) | |
| Defendants. | ) | |

On August 6, 2025, Plaintiff advised the court that Plaintiff's claims against Defendant Purdy Investments, LLC have been resolved. As such, Defendant Purdy Investments, LLC's *Motion for Summary Judgment* (Doc. No. 61) and *Motion for Hearing* (Doc. No. 64) are deemed **MOOT**. Plaintiff and Defendant Purdy Investments, LLC's closing documents shall be due thirty (30) days from the date of this order.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2025.

>                         */s/ Clare R. Hochhalter*
>                         Clare R. Hochhalter, Magistrate Judge
>                         United States District Court