# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eugene Davis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DEEMING MOOT** |
| | ) | **MOTIONS IN LIMINE** |
| v. | ) | |
| | ) | |
| Holly Negaard; Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust; Jessica Purdy a/k/a Jessica Shanafelt; and Purdy Investments, LLC d/b/a Western Apartments, | ) ) ) ) ) | Case No.: 1:23-cv-00195 |
| | ) | |
| Defendants. | ) | |

On August 15, 2025, Plaintiff Eugene Davis ("Plaintiff") advised the court that Plaintiff has resolved his claims against Defendants Holly Negaard, Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust, and Jesssica Purdy a/ka/ Jessica Shanafelt ("Defendants"). As such, Plaintiff's *Motion in Limine* (Doc. No. 93) and Defendants' *Motion in Limine* (Doc. No. 101) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court