## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eugene Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Holly Negaard; Holly Negaard, as Trustee of ) | |
| the Holly Negaard Revocable Living Trust; ) | |
| Jessica Purdy a/k/a Jessica Shanafelt; and ) | |
| Purdy Investments, LLC d/b/a Western ) | |
| Apartments, ) | Case No. 1:23-cv-195 |
| ) | |
| Defendants. ) | |

On September 9, 2025, the parties filed a Stipulation for Dismissal with Prejudice with respect to Plaintiff's claims against Defendants Holly Negaard, Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust, and Jessica Purdy a/k/a Jessica Shanafelt. (Doc. No. 106).

On September 10, 2025, the parties filed a Stipulation for Dismissal of Defendant Purdy Investments, LLC. Therein Plaintiff and Purdy Investments LLC agreed to the dismissal of Counts One and Two with prejudice and without payments or admission of liability against Purdy Investments, LLC. They further agreed to the dismissal of all of Plaintiff's remaining claims against Purdy Investments, LLC without prejudice. (Doc. No. 107).

The court **ADOPTS** the parties' stipulations (Doc. Nos. 106 and 107). Plaintiffs' claims against Defendants Holly Negaard, Holly Negaard, as Trustee of the Holly Negaard Revocable Living Trust, and Jessica Purdy a/k/a Jessica Shanafelt are **DISMISSED** with prejudice and without costs, disbursements, interest or fees to any party. Counts One and Two with respect to the Purdy Investments, LLC are **DISMISSED** with prejudice and without costs, disbursements, interest or fees

to any party. Plaintiff's remaining claims against Purdy Investments, LLC are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
